Mark F. Anderson (SBN 44787)
Anderson, Ogilvie & Brewer LLP
235 Montgomery Street, Suite 914
San Francisco, CA 94104
Telephone: (415) 651-1951
Fax: (415) 500-8300
mark@aoblawyers.com

Attorneys for Plaintiff Inna Borboa Badran

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Inna Borboa Badran, <br><br> Plaintiff, <br><br> v. <br><br> Equifax Information Services LLC, <br><br> Defendant. | Case No. C-15-cv-0230 CRB <br><br> STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

    Whereas, the Court set the Case Management Conference on Friday, May 1, 2015, at 8:30 AM;

    Whereas, plaintiff's counsel is scheduled to be at a conference in Las Vegas, NV on that date;

    IT IS HEREBY STIPULATED by and between counsel that the date for the Case Management Conference may be continued to Friday, May 8, 2015, at 8:30 AM, or a later date convenient to the Court.

*Badran v Equifax Information Services,* ND Case No. C-15-0230 CRB
Stipulation and Order Continuing CMC                                                                                                        1

Dated: January 15, 2015.

        */s/ Mark F. Anderson*
        Mark F. Anderson
        Attorney for Plaintiff

Dated: January 15, 2015.

        /s/ *Thomas P. Quinn*
        Thomas P. Quinn, Jr. (SBN 132268)
        NOKES & QUINN APC
        410 Broadway Street, Suite 200
        Laguna Beach, CA 92651
        Telephone: 949.376.3500
        Fax: 949.376.3070
        Email: Tquinn@nokesquinn.com
        Attorney for Defendant Equifax Information Services LLP

## ORDER

Based upon the parties' stipulation and for good cause shown, the Case Management Conference is continued to May 8, 2015, at 8:30 AM in Courtroom 6, 17th Floor, 450 Golden Gate Avenue, San Francisco, CA 94105.

Dated: March 27, 2015.

_____
Judge of

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

*Badran v Equifax Information Services,* ND Case No. C-15-0230 CRB
Stipulation and Order Continuing CMC      2