UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNA BORBOA BADRAN<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | Case No. 15-cv-00230-CRB  (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: July 21, 2015<br>Mediator: Jonathan Lee |

IT IS HEREBY ORDERED that the request to excuse defendant Equifax Information Services LLC's corporate representative from appearing in person at the July 21, 2015, mediation before Jonathan Lee is GRANTED. The representative shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: June 24, 2015

Maria-Elena James
United States Magistrate Judge